Fr PROB 12C
(6/16)

Report Date:  September 20, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 20, 2016**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Wright                Case Number: 0980 2:14CR00168-TOR-18

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2015

Original Offense:        Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:       Prison - 6 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     George J. C. Jacobs, III       Date Supervision Commenced: January 11, 2016

Defense Attorney:        Virginia Rockwood              Date Supervision Expires: January 10, 2019

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
|   | **Supporting Evidence**:  Anthony Wright violated the terms of his supervised release on or about August 22, 2016, by being cited for misdemeanor possession of stolen property in violation of Idaho criminal code 18-2403(4). |
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
|   | **Supporting Evidence**:  Anthony Wright violated the terms of his supervised release on or about August 22, 2016, by leaving the judicial district and entering into the District of Idaho without permission. |
| 3 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

Prob12C
**Re: Wright, Anthony E**
**September 20, 2016**
**Page 2**

> **Supporting Evidence**:  Anthony Wright violated the terms of his supervised release on or about August 22, 2016, by associating with an individual engaged in criminal activity who has also been convicted of a felony.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___September 20, 2016_____

___s/Melissa Hanson_____

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_Thomas O. Rice_____

Signature of Judicial Officer

___September 20, 2016_____

Date