Report Date:  April 12, 2017

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4/12/17

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Wright  Case Number: 0980 2:14CR00168-TOR-18

Address of Offender:  Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2015

Original Offense:  Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:  Prison -  6 months      Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney:  George J. C. Jacobs, III    Date Supervision Commenced: January 11, 2016

Defense Attorney:  Benjamin Flick    Date Supervision Expires: January 10, 2019

## PETITIONING THE COURT

  To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/20/2016 and 03/21/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 10 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 12, 2016, Mr.  Wright completed a supervision intake. The conditions of supervision were reviewed with him and he signed a copy of the conditions of probation and supervised release, acknowledging an understanding of the conditions, which included the above-noted special condition number 22.  Mr. Wright was referred for random drug testing at ADEPT, and was directed to call the drug testing line each day to determine if testing was required for that specific day.  Mr. Wright was advised the hours of operation for drug testing are 7am to 7pm.

Anthony Wright violated the terms of his supervised release, by failing to appear for a random urinalysis test at ADEPT on or about April 4, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___April 12, 2017___

___s/Melissa Hanson___

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

___April 12, 2017___
Date