PROB 12C
(6/16)

Report Date: March 21, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/27/17

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Wright     Case Number: 0980 2:14CR00168-TOR-18

Address of Offender:     Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2015

Original Offense:   Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:   Prison 6 months        Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  George J. C. Jacobs, III       Date Supervision Commenced: January 11, 2016

Defense Attorney:   Benjamin Flick        Date Supervision Expires: January 10, 2019

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2016, and issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Anthony Wright violated the terms of his supervised release, by failing to appear for a random urinalysis test at ADEPT on or about February 21, 2017. |
| 5 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Anthony Wright violated the terms of his supervised release, by failing to appear for a random urinalysis test at ADEPT on or about  February 28, 2017. |
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Anthony Wright violated the terms of his supervised release by failing to provide the undersigned with requested job search logs on or about March 2, 2017. |

**Re: Wright, Anthony E**
**March 21, 2017**
**Page 2**

| | | |
|---|---|---|
| 7 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. | |

**Supporting Evidence**: Anthony Wright violated the terms of his supervised release by failing to report to the undersigned as directed on or about March 9, 2017.

8   **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Anthony Wright violated the terms of his supervised release, by failing to appear for a random urinalysis test at ADEPT on March 15, 2017.

9   **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime

**Supporting Evidence**: Anthony Wright violated the terms of his supervised release by driving without a license, operating a motor vehicle with expired tabs, and operating a motor vehicle without proof of insurance on or about March 16, 2017.

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2016 and issue a summons.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 21, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

March 27, 2017

Date