Report Date: December 19, 2017

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2017

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony E Wright | Case Number: 0980 2:14CR00168-TOR-18 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 6 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 11, 2016 | |
| Defense Attorney: | Benjamin M. Flick | Date Supervision Expires: January 10, 2019 | |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 11, 2016, Mr. Wright's term of supervised release commenced. On January 12, 2016, a supervision intake was completed.  The conditions of probation and supervised release were reviewed with him and he signed a copy of the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 2, as noted above.<br><br>Mr. Wright violated the terms of his supervised release by driving while his license was suspended on or about November 28, 2017.<br><br>On November 28, 2017, the undersigned officer was notified that Mr. Wright had contact with law enforcement. On November 30, 2017, a home visit was conducted. During the course of conversation, Mr. Wright was asked about his recent law enforcement contact. Mr. Wright explained the circumstances surrounding the evening he had contact with law enforcement. Mr. Wright advised that during the evening of November 28, 2017, Mr. Wright was providing transportation to another individual.  Mr. Wright stated law enforcement |

contact occurred after his decision to drive; therefore, he was not cited that evening. In addition, Mr. Wright advised he had driven to Northern Quest Casino to pick someone up. Mr. Wright acknowledges having a suspended license, and further acknowledged being cited for driving while license suspended multiple times this year.

2    **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On January 11, 2016, Mr. Wright's term of supervised release commenced. On January 12, 2016, a supervision intake was completed. The conditions of probation and supervised release were reviewed with him and he signed a copy of the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 9, as noted above.

Mr. Wright violated the terms of his supervised release by associating with individuals engaged in criminal activity and/or convicted of a felony, on or about November 28, 2017.

On November 28, 2017, the undersigned officer was notified that Mr. Wright had contact with law enforcement. On November 30, 2017, a home visit was conducted. During the course of conversation, Mr. Wright was asked about his recent law enforcement contact. Mr. Wright explained the circumstances surrounding the evening he had contact with law enforcement.

He advised that an old associate, Devon Johnson, had stopped by asking Mr. Wright if he wanted to purchase items out of his trunk. Mr. Wright advised that he was not interested in the items offered and agreed to give Mr. Johnson a ride to find a potential buyer.

After Mr. Wright returned home, law enforcement responded in regard to the vehicle Mr. Johnson left behind. At the time of law enforcement contact, Mr. Wright stated he was helping another male move the vehicle to avoid it from being towed. Mr. Wright advised law enforcement had initially indicated that the vehicle was stolen.

Devon Johnson is a convicted felon with multiple felony convictions. Additionally, Mr. Johnson was booked into Spokane County Jail on November 29, 2017, on four counts of second degree possession of stolen property and two counts of possession of a stolen motor vehicle.

3    **Special Condition # 18:** The defendant is prohibited from all forms of gambling, and shall not enter, frequent or otherwise be involved with nay legal of illegal gambling establishment or activity.

**Supporting Evidence:** On January 11, 2016, Mr. Wright's term of supervised release commenced. On January 12, 2016, a supervision intake was completed. The conditions of probation and supervised release were reviewed with him and he signed a copy of the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court.

On October 26, 2016, a revocation hearing was held. At that time, the Court modified Mr. Wright's conditions of supervised release to include special condition number 18, as noted above.

Mr. Wright violated the terms of his supervised release by going to Northern Quest Casino on or about, November 28, 2017.

On November 30, 2017, a home visit was conducted. Mr. Wright was inquired about a recent law enforcement contact. During his explanation of why he had law enforcement contact, Mr. Wright advised that he was "thinking about females" that evening and decided to go to Northern Quest Casino in order to pick up a female. Mr. Wright acknowledged being prohibited from going to gambling establishments.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 19, 2017

s/Melissa Hanson

Melissa Hanson  
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[X]  The Issuance of a Summons  
[ ]  Other

_Thomas O. Rice_  
Signature of Judicial Officer

December 19, 2017  
Date