Report Date: May 7, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Anthony E. Wright      Case Number: 0980 2:14CR00168-TOR-18

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2015

Original Offense:      Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:      Prison - 6 months      Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:      George J. C. Jacobs, III      Date Supervision Commenced: January 11, 2016

Defense Attorney:      Benjamin M. Flick      Date Supervision Expires: January 10, 2019

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On January 11, 2016, Mr. Wright's term of supervised release commenced. On January 12, 2016, a supervision intake was completed. The conditions of probation and supervised release were reviewed with him and he signed a copy of the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 2, as noted above.

On or about May 4, 2018, Mr. Wright violated the terms of his supervised release by being charged with Money Laundering, in violation of RCW 9A.83.020, Forgery, in violation of 9A.60.020, Identity Theft, in violation of RCW 9.35.020, Second Degree Theft, in violation of RCW 9A.56.040, and Second Degree Possession of Stolen Property, in violation of RCW 9A.56.160.

On May 4, 2018, the undersigned officer was contacted by the Spokane Police Department (SPD) and advised they had arrested Mr. Wright at Washington Trust Bank, located at 7815 North Division, in Spokane, Washington, in relation to the above-noted charges.

The undersigned officer responded to Washington Trust Bank. SPD advised that Mr. Wright had arrived, as the driver, to Washington Trust Bank, with a passenger, whom Mr. Wright later identified as "Angus." Mr. Wright entered the bank in an effort to cash a check that was identified as a forged check. Washington Trust Bank staff notified law enforcement, who responded and subsequently arrested Mr. Wright on the noted charges.

Mr. Wright had indicated to SPD that he had responded to a Craigslist ad to do some side work. He advised he was sent the check in the mail for payment and was not aware it was a forged check.

The undersigned officer later spoke to Mr. Wright. He advised that "Angus," the individual noted as the passenger, asked him to cash the check for him so that Mr. Wright could get paid for the work he had completed.

Mr. Wright was unable to provide additional information about Angus (who had left the scene prior to SPD being able to contact him) or information related to the job he did, including the location. After being questioned about information related to the Craigslist ad, Mr. Wright then indicated he did not see the ad, the information was provided to him by his brother.

Mr. Wright was ultimately booked into the Spokane County Jail.

He was released on May 6, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 7, 2018
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

**THE COURT ORDERS**
[  ]    No Action
[✓]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Thomas O. Rice
Chief U.S. District Judge

 May 8, 2018
Date