PROB 12C
(6/16)

Report Date: May 9, 2018

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Anthony E. Wright          Case Number: 0980 2:14CR00168–TOR-18

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 23, 2015

Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:    Prison - 6 months              Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  George J. C. Jacobs, III        Date Supervision Commenced: January 11, 2016

Defense Attorney:     Federal Defenders Office        Date Supervision Expires: January 10, 2019

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/07/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**:  On January 11, 2016, Mr. Wright's term of supervised release commenced.  On January 12, 2016, a supervision intake was completed.  The conditions of probation and supervised release were reviewed with him and he signed a copy of the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, which includes mandatory condition number 2, as noted above. |
| | On or about May 4, 2018, Mr. Wright violated the terms of his supervised release by driving without a valid license. |
| | On May 4, 2018, the undersigned officer was contacted by the Spokane Police Department (SPD) and advised they had arrested Mr. Wright at Washington Trust Bank, located at 7815 North Division, in Spokane, Washington, in relation to felony behaviors. |

    The undersigned officer responded to Washington Trust Bank. SPD advised that Mr. Wright had arrived, as the driver, to Washington Trust Bank, with a passenger, whom Mr. Wright later identified as "Angus." At that time, it was not known if Mr. Wright's driver's license was valid.

    On May 8, 2018, Mr. Wright reported to the U.S. Probation Office. At that time, Mr. Wright admitted to driving a vehicle on May 4, 2018. He also admitted that his driver's license is still not valid.

3    **Special Condition # 14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing or sweat patch, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On January 11, 2016, Mr. Wright's term of supervised release commenced. On January 12, 2016, a supervision intake was completed. The conditions of probation and supervised release were reviewed with him and he signed a copy of the conditions of probation and supervised release, acknowledging an understanding of the conditions imposed by the Court, which includes special condition number 14, as noted above. That same day, he signed the substance abuse testing instructions which states: "You are not to alter the sample either directly or indirectly. Adulteration is the intentional manipulation of a urine sample in order to pass a drug screening test. In addition to testing for controlled substances, each sample is subject to testing for adulteration both on-site and via laboratory confirmation."

    On or about May 8, 2018, Mr. Wright violated the terms of his supervised release by attempting to circumvent urine testing by utilizing a urine device.

    On May 8, 2018, Mr. Wright reported to the U.S. Probation Office. Mr. Wright was then arrested by deputies with the United States Marshals Service in relation to his federal warrant. During the processing procedures, deputies located a device strapped to Mr. Wright's body. The device was a clear plastic bag that contained a yellow liquid substance. The plastic bag had a clear tube and a band to attach the device to your body.

    Mr. Wright admitted to having it in order to pass a possible drug test.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/07/2018.

       I declare under penalty of perjury that the foregoing is true and correct.

      Executed on:   May 9, 2018

           s/Melissa Hanson

           Melissa Hanson
           U.S. Probation Officer

THE COURT ORDERS

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

May 9, 2018
Date